# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## ORDER ON PRETRIAL DEADLINES

**Civil Action Number: _____ (JBA)**

      Unless otherwise ordered by the Judge to whom this case is assigned, the parties shall adhere to the following deadlines:

     (a)  In accordance with Local Civil Rule 26(e), within thirty days of the appearance of any defendant, the parties shall confer for the purposes described in Fed.R.Civ.P. 26(f). <u>During this conference, a party shall also notify the opposing party of any curable defects in the pleadings which will be the subject of a motion to dismiss if not cured.</u>  Within ten days thereafter, the parties shall jointly file a report on Form 26(f), which appears in the Appendix to the Local Civil Rules.

     (b) Unless modified by the Court's written scheduling order, all motions relating to joinder of parties, claims or remedies, class certification, and amendment of the pleadings shall be filed within sixty days after the filing of the complaint, the filing of a petition for removal, or the transfer of an action from another District.

     (c)  All motions to dismiss based on the pleadings shall be filed within ninety days after the filing of the complaint, the filing of a petition for removal, or the transfer of an action from another District.  The filing of a motion to dismiss will not result in a stay of discovery or extend the time for completing discovery.  **<u>No motions to dismiss will be entertained unless and until a pre-motion conference has been held with this court as described in subsection (f).</u>**

     (d)  Formal discovery pursuant to the Federal Rules of Civil Procedure may not commence until the parties have conferred as required by Fed.R.Civ.P. 26(f) and Local Civil Rule 26(e) and a scheduling order is entered pursuant to Fed.R.Civ.P. 16(b).  Informal discovery by agreement of the parties is encouraged and may commence at anytime.  Unless otherwise ordered, discovery shall be completed within six months after the filing of the complaint, the filing of a petition for removal, or the date of transfer of an action from another District.

     (e)  Unless otherwise ordered, all motions for summary judgment shall be filed within seven months after the filing of the complaint, the filing of a petition for removal, or the date of transfer from another District.  **<u>No motions for summary judgment will be entertained unless and until a pre-motion conference has been held with the court as described in subsection (f).</u>**

(Revised 1/2/03)

(f)  Before any party files a motion to dismiss, or for summary judgment or partial summary judgment, that party shall request, by Motion, a pre-motion conference.  SUCH MOTION SHALL BE FILED AT LEAST ONE MONTH PRIOR TO THE PARTIES' DISPOSITIVE MOTION DEADLINE.   THE DOCKETING OF ANY SUCH MOTION WILL AUTOMATICALLY STAY THE SCHEDULING DEADLINE RELATED TO THE FILING OF THE MOTION.  NO MOTION FOR EXTENSION OF TIME TO FILE SUCH MOTION IS NECESSARY. At this conference, the parties will address whether the filing of a motion to dismiss, or for summary judgment or partial summary judgment, appears warranted under the circumstances.   If requested, and at the discretion of the court, this conference may be conducted by telephone, with arrangements to be made by the requesting party.  All counsel will be expected to have previously conferred on the subject matter of the proposed motion, and will be prepared to advise the Court of any pleading amendment, discovery or other matter relevant to disposition of the proposed motion.

The parties' Joint Trial Memorandum shall be filed no later than thirty (30) days following the Court's ruling on summary judgment and the case will be deemed trial ready immediately following such filing, unless otherwise ordered.

At the conference, counsel will be prepared to articulate the dismissal issues or material issues contended to be disputed or undisputed in the case, referencing the relevant record supporting such contention.

(g)  In any pleading or legal memorandum filed, a copy of any opinion or decision cited and not found in the U.S. Reports, Federal Reporter, Federal Supplement or Connecticut Reporters, and any statute, ordinance or regulation cited other than U.S. Code or Connecticut General Statutes, should be provided to the court.

A copy of this Order shall be served by the plaintiff on all defendants.


Kevin F. Rowe, Clerk
United States District Court

(Revised 1/2/03)