## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**BRMS, LLC**                              :

**v.**                                     :   **NO. 3:05cv974 (JBA)**

**NORTH AMERICAN FLIGHT SERVICES**:


### ORDER OF REFERRAL TO MAGISTRATE JUDGE


This case is referred to Magistrate Judge Joan Glazer Margolis, for the following purpose(s):

- Ruling on all pretrial motions except dispositive motions:

- Supervise all discovery and resolve discovery disputes:

✔ - Ruling/Hearing: *Application for Prejudgment Remedy, #3.*

- Settlement conference:

- Other:

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: June 20, 2005**

Dockets.Justia.com