UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

FILED

JUN 28 P 3: 27

DISTRICT COURT
NEW HAVEN, CT

-----------------------------------------------------------x

BRMS, LLC                                        :

      Plaintiff,                              :

v.                                               :

North American Flight Services, Inc.             :      CASE NO.
                                                                               3:05CV974 JBA

      Defendant.                              :      JUNE 14, 2005

-----------------------------------------------------------x

## ORDER FOR NOTICE AND HEARING

The above application having been presented to the Court, it is hereby ordered, that a hearing be held thereon at the United States District Court, District of Connecticut, 141 Church Street, Courtroom 5, New Haven at ~~Bridgeport~~, Connecticut on July 21, 2005 at 10:00 a.m./~~p.m.~~ in Courtroom 5, and that the Plaintiff give notice to the Defendant in accordance with Section 52-278c of the Connecticut General Statutes, as amended, of the pendency of the application and of the time when it will be heard by causing a true and attested copy of the application, the proposed unsigned writ, summons, complaint, affidavit and of this order, together with such notice as is required under subsection (e) of Section 52-278c, to be served upon the Defendant by some proper officer or indifferent person on or before July 11, 2005, and that due return of service be made to this Court. Once defense counsel files an appearance, both counsel shall contact this Magistrate Judge's Chambers for a brief telephonic status conference.

Dated at Bridgeport, Connecticut, this 21st day of June, 2005.

                                                              Magistrate Judge/~~Clerk/Ass't Clerk~~

BRMS, LLC v. North American Flight Services     Doc. 10

Dockets.Justia.com